

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY_____ D.C.

05 MAY -9  AM II: 04

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

| | | |
|---|---|---|
| MEMPHIS-SHELBY COUNTY AIRPORT AUTHORITY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03:2649-B-Ph CONSOLIDATED |
| UNITED STATES FIRE INSURANCE CO., | ) ) ) | with No. 04:2432-B-An ✓ |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| ONEBEACON AMERICAN INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 04:2432-B-An ✓ |
| JACO AIRFIELD CONSTRUCTION, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING ONEBEACON'S MOTION AMENDING RULE 16(b) SCHEDULING ORDER

This matter is before the Court on OneBeacon's Motion for Extension of Rule 16(b) Scheduling Order. Upon consideration of the motion, the briefs submitted by counsel, and the entire record, the Court finds that OneBeacon's Motion should be granted.

It is, therefore, ORDERED that Plaintiff OneBeacon shall have until June 15, 2005 to disclose its experts under Rule 26(a)(2).

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on **5-18-05**



_____
JUDGE

May 6, 2005
_____
DATE

Submitted by:

MCKENNA, LONG & ALDRIDGE, LLP

By /s/ McNally by Frank B. Thacher III

Jerry B. McNally
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-8498


BURCH, PORTER & JOHNSON, PLLC

Stephen D. Crawley (#11454)
Frank B. Thacher, III (#23925)
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5000


Attorneys for Plaintiff, OneBeacon
America Insurance Company

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02432 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT