IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ONEBEACON AMERICAN INSURANCE
COMPANY, f/k/a COMMERCIAL UNION
INSURANCE COMPANY and AMERICAN
CENTRAL INSURANCE COMPANY,

    Plaintiffs,

v.                                                                   No. 04-2432 B

JACO AIRFIELD CONSTRUCTION, INC., f/k/a
JACO ELECTRIC, INC., a Georgia corporation,
MEMPHIS-SHELBY COUNTY AIRPORT
AUTHORITY, and ILLINOIS VALLEY PAVING
COMPANY, an Illinois company,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

Pursuant to the Order Consolidating Cases entered by the Court on February 22, 2005 consolidating the above matter with <u>Memphis-Shelby County Airport Authority, Illinois Valley Paving Company, and JACO Airfield Construction, Inc. v. United States Fire Insurance Company</u>, No. 2:03-cv-2649, the Court directs the Clerk's Office to close the above case. All future documents filed in connection with either of these actions shall be filed and docketed in case number 03-2649 B/V.

IT IS SO ORDERED this 27th day of September, 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02432 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Jeremy G. Alpert
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Jerry B. McNally
MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree St., NE
Ste. 5300
Atlanta, GA 30308

Oscar C. Carr
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

James W. Bruner
BROWN HAY & STEPHENS
205 S. 5th St.
Ste. 700
Springfield, IL 62705--245

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Grattan Brown
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer A. Sink
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jennifer M. Bermel
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT